IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRIE JENKINS, # 251907,           )
                                    )
            Petitioner,             )
                                    )
    v.                              )       Civil Action No. 2:14cv328-WHA
                                    )
ALABAMA BOARD OF PARDONS            )
AND PAROLES, *et al.*,              )
                                    )
            Respondents.            )

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 18) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and the 28 U.S.C. § 2254 petition for habeas corpus relief should be DISMISSED without prejudice, because Jenkins has failed to exhaust state court remedies.

A separate judgment shall issue.

Done this 28th day of August, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE